# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 27, 2020

## NO. 03-19-00828-CV

**Luis Alberto Vences, Appellant**

**v.**

**Marissa Garcia Robledo, Evangelina Robledo, Andrew Emerito Costilla, James Stephen Sustaita, and Mary Prado, Appellees**

## APPEAL FROM THE 201ST DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES GOODWIN, TRIANA, AND SMITH
## AFFIRMED -- OPINION BY JUSTICE SMITH

This is an appeal from the order denying the petition for bill of review signed by the trial court on November 8, 2019. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order denying the petition for bill of review. Therefore, the Court affirms the trial court's order denying the petition for bill of review. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.